UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

CASE NO.:  2:20–cv–09592–VAP–RAO                                      DATE:  January 6, 2021

TITLE:       Terry Hubbard v. MBB Partners,

---

Present:  The Honorable: <u>VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE</u>

<u>Christine Chung</u>                                                  <u>  Not Reported  </u>
Deputy Clerk                                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                               Not Present

**Proceedings:**    **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (IN CHAMBERS)**

    Plaintiff(s) is hereby ordered to show cause in writing by not later than <u>**January 14, 2021**</u> why this action should not be dismissed for lack of prosecution.

    The Court will consider the filing of the following as an appropriate response to this OSCause, on or before the above date:

- **Plaintiff's request for entry of default**

- **Answer** by the defendant(s) or responsive pleading

    In the event both documents are filed before the above date, the answer will take precedence.

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order will result in the dismissal of the action.

:  00

**Initials of Preparer**  cch